IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

ANTOINE SAMULE LEE,

    **Plaintiff,**

v.                               CIVIL ACTION NO. 1:06-CV-00140

JORGE S. VAZQUEZ, M.D.,
WARDEN AL HAYNES,
J. HAMMOND and VICTOR ORSOLITS

    **Defendants.**

## ORDER

On this day came the defendants and moved the Court for a consolidated response date and enlargement of time within which they must answer or otherwise respond to the Complaint filed herein against them. It appearing to the Court that good cause exists for said motion, it is hereby

ORDERED that the time by which all defendants must answer or otherwise respond to the Complaint filed against them is hereby designated as September 13, 2007.

The Clerk of the Court is directed to provide a copy of this Order to parties who appear pro se and all counsel of record, as applicable, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

DATED: July 3, 2007

UNITED STATES MAGISTRATE JUDGE