IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

ANTOINE LEE )
 )
    Plaintiff, )
 ) Civil Action No. 1:06CV140
vs. )
 )
JORGE VAZQUEZ-VELAZQUEZ et al., )
 )
    Defendants. )
 )

## ORDER

The defendants having moved the Court, pursuant to the E-Government Act of 2002, to file unredacted documents under seal herein, more specifically Government Exhibits 1, 2, 3, 4, and 5 and their Attachments, in support of the Defendants' <u>Memorandum in Support of Motion to Dismiss or for Summary Judgment</u>, and having lodged the same with the Clerk of this Court in a sealed envelope, pending a ruling thereon by the Court, and it appearing to the Court that good cause and sufficient grounds exist for the defendants' Motion, it is accordingly

**ORDERED** that Defendants' <u>Memorandum in Support of Motion to Dismiss or for Summary Judgment</u>, Exhibits 1, 2, 3, 4, and 5 and their Attachments, as set forth and identified in the Defendants' Motion and currently lodged with the Clerk of this Court, be filed under seal by the Clerk to be retained by the Court as part of the record herein.

DATE: September 17, 2007

_____
UNITED STATES MAGISTRATE JUDGE